UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SALLY A. RANDALL, <br> RONA C. PEPMEIER, <br> Individually and on behalf of all others <br> similarly situated, <br><br>     Plaintiffs, <br><br> v. <br><br> ROLLS-ROYCE CORPORATION, <br> ROLLS-ROYCE NORTH AMERICA, INC., <br> ROLLS-ROYCE NORTH AMERICA <br> HOLDINGS, INC., and <br> ROLLS-ROYCE NORTH AMERICA <br> (USA) HOLDINGS CO., <br><br>     Defendants. | Cause No.: 1:06-cv-0860-SEB-WGH |

## NOTICE OF APPEAL

In accordance with Fed.R.App.P. 3, notice is hereby given that Sally A. Randall and Rona C. Pepmeier, Plaintiffs in the above-captioned cause of action, and Karen Governor and Barbara Jones, Intervenors in the above-captioned cause of action, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the following:

1. Judgment, entered in this action on September 22, 2010;

2. Order on Defendants' Two Summary Judgment Motions, entered in this action on September 22, 2010, granting Defendants' Motions for Summary Judgment as to each of the Plaintiffs;

3. Order on Pending Motions, entered in this action on May 13, 2010, denying Intervenors' Motion to Intervene and Plaintiffs' Motion to Reconsider Order Denying Class Certification; and

4. Order Denying Class Certification, entered in this action on March 12, 2010.

Respectfully submitted,

*s/ Sandra L. Blevins*
Kevin W. Betz
Sandra L. Blevins, Counsel of Record
BETZ & ASSOCIATES
One Indiana Square
Suite 1660
Indianapolis, Indiana  46204
Office:  (317) 687-2222
Fax:  (317) 687-2221
E-mail: litigation@betzadvocates.com

s/*Thomas J. Henderson*
Thomas J. Henderson
HENDERSON LAW FIRM
1666 Connecticut Avenue, NW
Suite 310
Washington, DC 20009
Telephone: (202) 742-7447
Facsimile:  (202) 742-7776
E-mail:  tjh@hendersonfirm.net

*/s David Sanford*
David W. Sanford
Carolyn I. Hahn
SANFORD, WITTELS & HEISLER, LLP
1666 Connecticut Avenue, N.W.
Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7780
Facsimile:  (202) 742-7776
dsanford@nydclaw.com
fmedina@nydclaw.com

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing was filed electronically on the 20th day of October, 2010. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

         R. Anthony Prather
         Hannesson I. Murphy
         BARNES AND THORNBURG
         11 South Meridian Street
         Indianapolis, IN 46204
         Email: tony.prather@btlaw.com
            hmurphy@btlaw.com

         George A. Stohner
         MORGAN, LEWIS & BOCKIUS LLP
         300 South Grand Avenue
         22nd Floor
         Los Angeles, CA 90071
         E-mail: gstohner@morganlewis.com


         *s/ Sandra L. Blevins*
         Sandra L. Blevins

BETZ & ASSOCIATES
One Indiana Square
Suite 1660
Indianapolis, Indiana  46204
Office:  (317) 687-2222
Fax:  (317) 687-2221
E-mail:  litigation@betzadvocates.com