Case 1:06-cv-00860-SEB-WGH   Document 263    Filed 01/25/11   Page 1 of 4

**General Docket**
**Seventh Circuit Court of Appeals**

| | |
|---|---|
| **Court of Appeals Docket #:** 10−3446 | **Docketed:** 10/21/2010 |

**Nature of Suit:** 3440 Other Civil Rights
Sally Randall, et al v. Rolls−Royce Corporation, et al
**Appeal From:** Southern District of Indiana, Indianapolis Division
**Fee Status:** Paid

**Case Type Information:**
  **1)** civil
  **2)** private
  **3)** –

**Originating Court Information:**
  **District:** 0756−1 : 1:06−cv−00860−SEB−WGH
  **Court Reporter:** Laura Howie−Walters, Court Reporter
  **Trial Judge:** Sarah Evans Barker, District Court Judge
  **Date Filed:** 05/26/2006

| **Date Order/Judgment:** | **Date NOA Filed:** |
|---|---|
| 09/22/2010 | 10/20/2010 |

**Prior Cases:**
  None

**Current Cases:**
  None

Case 1:06-cv-00860-SEB-WGH   Document 263   Filed 01/25/11   Page 2 of 4

SALLY A. RANDALL and RONA C. PEPMEIER,
       Plaintiffs – Appellants
and

KAREN GOVERNOR and BARBARA JONES,
       Intervening/Plaintiff – Appellants

v.

ROLLS–ROYCE CORPORATION, et al.,
       Defendants – Appellees

Case 1:06-cv-00860-SEB-WGH   Document 263   Filed 01/25/11   Page 3 of 4

| | | |
|---|---|---|
| 01/25/2011 | 24 | Original record on appeal filed electronically. Contents of record : 3 vol. of pleadings; 6 vol. of loose pleadings; 1 sealed document. [24] [6281707] [10–3446] |
| 01/21/2011 | 23 | 15 copies Appellant's reply brief filed by Appellants Karen Governor, Barbara Jones, Rona C. Pepmeier and Sally A. Randall. Dist. [6281354] [23] Disk Filed. [23] [6281354] [10–3446]−−[Edited 01/24/2011 by AB] |
| 01/18/2011 | 22 | Argument set for Wednesday, February 16, 2011, at 9:30 a.m. in the Main Courtroom, Room 2721. Each side limited to 20 minutes. [22] [6280057] [10–3446] |
| 01/14/2011 | 21 | ORDER re: "Appellants' Motion for Leave to File Reply Brief in Excess of Word Limit." IT IS ORDERED that the motion is DENIED. [20] AIN [21] [6279570] [10–3446] |
| 01/12/2011 | 20 | Motion filed by Appellants Karen Governor, Barbara Jones, Rona C. Pepmeier and Sally A. Randall for leave to file reply brief in excess of word limit. [6279078] [10–3446] |
| 01/06/2011 | 19 | Filed 10 copies Supplemental Appendix volumes I–IV, by Appellees Rolls–Royce Corporation, Rolls–Royce North America (USA) Holdings Incorporated, Rolls–Royce North America Holdings Incorporated and Rolls–Royce North America Incorporated. [19] [6277407] [10–3446] |
| 01/06/2011 | 18 | 15 copies Appellee's brief filed by Appellees Rolls–Royce Corporation, Rolls–Royce North America (USA) Holdings Incorporated, Rolls–Royce North America Holdings Incorporated and Rolls–Royce North America Incorporated. [6277406] [18] Electronicallyfiled. [18] [6277406] [10–3446]−−[Edited 01/07/2011 by CO] |
| 12/20/2010 | 17 | 15 copies CORRECTED Appellant's brief filed by Appellants Karen Governor, Barbara Jones, Rona C. Pepmeier and Sally A. Randall, per order. [6273742] [17] Disk Filed. [17] [6273742] [10–3446] |
| 12/15/2010 | 16 | ORDER re: 1. Appellants' Motion for Leave to File Corrected Table of Authorities. 2. Appellees' Motion for Leave to File Answer Brief in Excess of Page and Word Limit. IT IS ORDERED that #1 is GRANTED. The appellants' brief, filed on December 8, 2010, is STRICKEN. IT IS FURTHER ORDERED that the appellants' file a corrected brief by December 20, 2010. Appellants may only correct the Table of Authorities. No other changes are allowed. IT IS FINALLY ORDERED that #2 is GRANTED. Appellees may file a responsive brief containing no more that 18,500 words. [15]; [13], AIN [16] [6272831] [10–3446] |
| 12/10/2010 | 15 | Motion filed by Appellants Karen Governor, Barbara Jones, Rona C. Pepmeier and Sally A. Randall to file corrected Table of Authorities. [6271969] [10–3446] |
| 12/10/2010 | 14 | Disclosure Statement filed by Attorney Thomas J. Henderson, Sandra L. Blevins, Carolyn Hahn for Appellants Barbara Jones, Karen Governor, Sally A. Randall and Rona C. Pepmeier. [14] [6271965] [10–3446] |
| 12/09/2010 | 13 | Motion filed by Appellees Rolls–Royce Corporation, Rolls–Royce North America (USA) Holdings Incorporated, Rolls–Royce North America Holdings Incorporated and Rolls–Royce North America Incorporated for leave to file answer brief in excess of page and word limit. [6271657] [10–3446] |
| 12/08/2010 | 12 | Filed 10 copies Appendix vols. I–V by Appellants Karen Governor, Barbara Jones, Rona C. Pepmeier and Sally A. Randall. [12] [6271268] [10–3446] |
| 12/08/2010 | 11 | 15 copies Appellant's brief filed by Appellants Karen Governor, Barbara Jones, Rona C. Pepmeier and Sally A. Randall. [6271265] [11] Disk Filed. (STRICKEN per order of 12/15/10) [11] [6271265] [10–3446]−−[Edited 12/14/2010 by LB] |
| 11/24/2010 | 10 | Order issued GRANTING motion to extend time to file appellants' brief. [9] Appellants' brief due on or before 12/07/2010 for Karen Governor, Barbara Jones, Rona C. Pepmeier and Sally A. Randall. Appellees' brief due on or before 01/06/2011 for Rolls–Royce Corporation, Rolls–Royce North America (USA) Holdings Incorporated, Rolls–Royce North America Holdings Incorporated and Rolls–Royce |

|            |    | North America Incorporated. Appellants' reply brief, if any, is due on or before 01/20/2011 for Appellant Karen Governor, Appellant Barbara Jones, Appellant Rona C. Pepmeier and Appellant Sally A. Randall. CMD [10] [6268192] [10–3446] |
|------------|----|---|
| 11/23/2010 | 9  | Motion filed by Appellants Karen Governor, Barbara Jones, Rona C. Pepmeier and Sally A. Randall to extend time to file appellant's brief. [6268187] [10–3446] |
| 11/22/2010 | 8  | ORDER re: "Appellant's Motion for Leave to File Brief in Excess of Page and Word Limit." IT IS ORDERED that the motion is GRANTED to the extend that appellants may file a principal brief containing no more than 18,500 words. [7] AIN [8] [6267400] [10–3446] |
| 11/12/2010 | 7  | Motion filed by Appellants Karen Governor, Barbara Jones, Rona C. Pepmeier and Sally A. Randall for leave to file brief in excess of page and word limit. [6265634] [10–3446] |
| 11/09/2010 | 6  | Docketing statement filed by Appellees Rolls–Royce Corporation, Rolls–Royce North America (USA) Holdings Incorporated, Rolls–Royce North America Holdings Incorporated and Rolls–Royce North America Incorporated. [6] [6264966] [10–3446] |
| 11/09/2010 | 5  | Disclosure Statement filed by Attorney R. Anthony Prather for Appellees Rolls–Royce Corporation, Rolls–Royce North America Incorporated, Rolls–Royce North America Holdings Incorporated and Rolls–Royce North America (USA) Holdings Incorporated. [5] [6264964] [10–3446] |
| 10/27/2010 | 4  | Docketing statement filed by Appellants Karen Governor, Barbara Jones, Rona C. Pepmeier and Sally A. Randall. [4] [6261941] [10–3446] |
| 10/27/2010 | 3  | Disclosure Statement filed by Attorney Ms. Sandra L. Blevins for Appellants Barbara Jones, Karen Governor, Sally A. Randall and Rona C. Pepmeier . [3] [6261940] [10–3446] |
| 10/26/2010 | 2  | Filed Seventh Circuit Transcript Information Sheet by Appellants Karen Governor, Barbara Jones, Rona C. Pepmeier and Sally A. Randall. [2] [6261512] [10–3446] |
| 10/21/2010 | 1  | Private civil case docketed. Fee paid. Transcript information sheet due by 11/04/2010. Docketing Statement due for Appellant Karen Governor, Appellant Barbara Jones, Appellant Rona C. Pepmeier and Appellant Sally A. Randall by 10/27/2010. Appellant's brief due on or before 11/30/2010 for Karen Governor, Barbara Jones, Rona C. Pepmeier and Sally A. Randall. [1] [6260319] [10–3446] |